**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> FOR THE USE AND BENEFIT OF <br> SIEMENS BUILDING TECHNOLOGIES, INC. <br> 6901 Muirkirk Meadows Drive <br> Beltsville, MD 20705 <br><br>             Plaintiff <br><br> vs. <br><br> BRITT CONSTRUCTION, INC. <br> SERVE:   MARIA JOSE MARTY <br>             Resident Agent <br>             5301 Wisconsin Avenue, N.W. <br>             Suite 630 <br>             Washington, DC 20009 <br><br> and <br><br> FIDELITY AND DEPOSIT CO. OF MARYLAND <br> SERVE:   MARK SCHAEFFER <br>             Resident Agent <br>             1614 - 20th Street, N.W. <br>             Washington, DC 20009 <br><br>             Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Civil Action No. _____ <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **C O M P L A I N T**

The United States of America for the use and benefit of Siemens Building Technologies, Inc. (the "Use-Plaintiff"), by its attorney, Frank J. Emig, hereby sues

the Defendants, Britt Construction, Inc. ("Britt") and Fidelity and Deposit Co. of Maryland ("Fidelity"), and states the following:

1. Jurisdiction of this cause is conferred by Section 270(a) and 270(b) of Title 40 in the United States Code.

2. On or about the 28th day of August, 2002, the United States of America ("United States") and the Defendant Britt entered into a contract in which Britt agreed to furnish all of the labor and materials and perform all work required for the construction of the chapel at Bolling Air Force Base in Washington, D.C. The contract number assigned by the United States to this project was N62477-02-C-0103.

3. Pursuant to the Act of Congress approved August 24, 1935, the Defendant Britt, as Principal, and the Defendant Fidelity, as Surety, duly executed a standard government form of payment bond to the United States, whereby the Defendant Britt, as Principal, and the Defendant Fidelity, as Surety, each bound themselves jointly and severally in the sum of $2,573,350.00 on the condition that if the Principal shall promptly make payment to all persons supplying labor and material in the prosecution of the work provided in said contract, and any and all duly authorized modifications of contract that may hereafter be made, notice of which modifications to the surety is hereby waived, then these obligations to be void, otherwise to remain in full force and virtue. This payment bond is identified by the Defendants as No. 8645601 and was executed on September 17, 2002.

4. That said payment bond was duly accepted by the United States and upon such acceptance, the contract for the construction of the chapel at Bolling Air Force Base in Washington, D.C. was awarded to the Defendant Britt.

5. Thereafter and through December, 2004, the Use-Plaintiff, at the special insistence and request of Britt, supplied material and performed services required in connection with the installation to the temperature control system for the aforesaid project.

6. That the Use-Plaintiff contracted directly with Britt to perform this work at the chapel located at Bolling Air Force Base. The material and services supplied by this Use-Plaintiff were required to be supplied by Britt under its aforesaid contract with the United States and were so supplied by the Use-Plaintiff with the knowledge, consent and approval of the Defendant Britt for the said project.

7. That Britt has failed and neglected to pay to the Use-Plaintiff the sum of $65,700.00 according to its contract.

8. One (1) year has not elapsed from the date of final settlement of the contract and although demand has been made upon Britt, no part of the said sum of $65,700.00 with interest has been paid to the Use-Plaintiff.

9. All of the said labor was performed and material supplied within the District of Columbia.

WHEREFORE, the United States of America for the use and benefit of Siemens

Building Technologies, Inc. demands judgment against the Defendants, Britt Construction, Inc. and Fidelity and Deposit Co. of Maryland, jointly and severally, in the sum of $65,700.00 with interest from the 21st day of June, 2005, and costs of this action.

                                                  /s/
                              FRANK J. EMIG, #309393
Greenway Ctr. East, Suite 314
7525 Greenway Center Drive
Greenbelt, MD  20770-3525
301-345-7002
Attorney for Use-Plaintiff,
Siemens Building Technologies, Inc.