UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
OCT 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES f/u/b/o )
SIEMENS BUILDING TECHNOLOGIES )
INC. )
        Plaintiff )
)
   v. )
BRITT CONSTRUCTION, INC., )
et al. )
        Defendant )
)
)

CASE NUMBER  1:05CV02021

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Contract

DATE STAMP: 10/13/2005

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  SIEMENS BUILDING TECHNOLOGIES, INC. , certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  SIEMENS BUILDING TECHNOLOGIES, INC., which have any outstanding securities in the hands of the public.    SIEMENS AG

    These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

___309393___
Bar Identification Number

FRANK J. EMIG
Print Name

7525 Greenway Center Drive, Suite 314
Address

Greenbelt, MD 20770-3525
City        State    Zip

301-345-7002
Telephone Number