## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

United States of America f/u/b/o Siemens Building Technologies Inc.
Plaintiff(s)

Case Number: 1:05CV02021 Judge CKK

vs

Britt Construction Inc. et al
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Maurice S. Liggins, hereby certify that on November 10, 2005 at 1:30 PM, I executed service of process upon **JANE LANG, SECRETARY, AUTHORIZED TO ACCEPT SERVICE FOR MARK SCHAEFFER, RESIDENT AGENT FOR FIDELITY AND DEPOSIT CO. OF MARYLAND** at 1614 20th St NW, Washington, DC 20009, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Certificate Under LCvR7.1, Initial Case Electronic Case Filing Order.

Jane Lang is described as a White Female, approximately 5' 5" tall, 130-140 pounds, Brown eyes, Grey hair, and 62 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 57 years of age, Date of Birth 11/16/47; and that I am not a party to this action.

The cost of service is $45.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 15, 2005.

Date November 15, 2005.

Maurice S. Liggins

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 15, 2005.

My Commission Expires: Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006