IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

United States of America f/u/b/o Siemens Building Technologies Inc.
Plaintiff(s)

Case Number: 1:05CV02021 Judge CKK

vs

Britt Construction Inc.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Cordis A. McCain, hereby certify that on November 21, 2005 at 1:15 PM, I executed service of process upon **ROSE CONRADE, OFFICE MANAGER, AUTHORIZED TO ACCEPT SERVICE FOR STEVE BRITT, BRITT CONSTRUCTION INC.** at 4201 Pleasant Valley Road, Chantilly, VA 20151, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Certificate Under LCvR7.1, Initial Case Electronic Case Filing Order .

Rose Conrade is described as a White Female, approximately 5' 4" tall, 160-170 pounds, Brown eyes, Brown hair, and 50 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 59 years of age, Date of Birth 5/28/1946; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on November 22, 2005.

Date November 22, 2005.

_____
Cordis A. McCain


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on November 22, 2005.

_____
My Commission Expires:

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008

Ref.# 66361