IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA FOR THE USE )
AND BENEFIT OF SIEMENS BUILDING )
TECHNOLOGIES, INC., )
)
Plaintiff, )
)
) C.A. NO. 05-cv2021 CKK
BRITT CONSTRUCTION, INC., *et al.* )
)
_____Defendants._____ )

## CONSENT MOTION FOR LEAVE TO FILE ANSWER OUT OF TURN

COMES NOW the Defendant, Fidelity and Deposit Co. of Maryland ("Fidelity"), pursuant to F.R.Civ.P. 6(b), by counsel, and for its Consent Motion for Leave to File an Answer Out of Turn, states as follows:

1. The instant case concerns an action on a construction payment bond brought by a subcontractor, Siemens Building Technologies, Inc. ("Siemens"), against a general contractor, Britt Construction, Inc. ("Britt") and a surety, Fidelity and Deposit Co. of Maryland ("Fidelity");

2. The Complaint in the instant case was filed in this Court on October 13, 2005. On November 18, 2005, the Plaintiff filed its Affidavit of Service asserting that the Complaint was served on a secretary authorized to accept service for the resident agent of Fidelity. However, due to an apparent misunderstanding, Fidelity and Fidelity's counsel received a notice from Fidelity's resident agent that the Complaint was merely mailed, without a request for waiver of service.

3. Counsel for Fidelity checked the electronic case docket before leaving town for Thanksgiving on November 22, 2005, in order to make sure there was no service on Fidelity. At that time, the service affidavit was not yet entered on the electronic docket.

4. On Friday, December 2, 2005, counsel for Fidelity again checked the electronic

case docket, and found the service affidavit indicating that service on Fidelity. Fidelity's answer was apparently due on or before November 30, 2005. Undersigned counsel for Fidelity immediately contacted counsel for Plaintiff. Counsel spoke on Monday, December 5, 2005, and consented to a motion for leave for Fidelity to file its answer.

3       There is no prejudice in allowing Fidelity to file its answer and the Plaintiff consents to this Motion, as evidenced by their endorsement, below.

4.      The Answer is attached hereto as <u>Exhibit A</u>. Fidelity requests that the Answer be deemed filed as of the date of the filing of this Motion.

WHEREFORE, Defendant, Fidelity and Deposit Co. of Maryland, with the consent of the Plaintiff herein, requests that the Court enter an Order granting leave to file an answer.

RATHBUN & GOLDBERG, P.C.
10555 Main Street, Suite 450
Fairfax, Virginia  22030
(703) 383-9580
(703) 383-9584 Fax


By:___/s/ Peter I. Grasis_____
    Peter I. Grasis
    D.C. Bar No. 449475
    Counsel for Defendant Fidelity and Deposit Co. of Maryland

LAW OFFICE OF FRANK J. EMIG
7525 Greenway Center Drive, Suite 314
Greenbelt, Maryland  20770-3509
(301)345-7002
(301)345-0975 Fax


By:___/s/ Frank J. Emig_____
    Frank J. Emig
    D.C. Bar No. 309393
    Counsel for Use-Plaintiff Siemens Building Technologies, Inc.

britt/siemens/pleading02.motion.pg

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE<br>AND BENEFIT OF SIEMENS BUILDING<br>TECHNOLOGIES, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRITT CONSTRUCTION, INC., *et al.*<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　C.A. NO. 04-cv958 RMC<br>)<br>)<br>)<br>) |

### ANSWER OF DEFENDANT FIDELITY AND DEPOSIT CO. OF MARYLAND

COMES NOW the Defendant, Fidelity and Deposit Co. of Maryland ("Fidelity"), by counsel, and for its Answer to the Complaint filed herein, states as follows (paragraph numbers through 9 herein correspond with those paragraphs set forth in the Complaint):

The allegation calls for a legal conclusion and therefore no response is necessary. To the extent that a response is necessary, on information and belief it is admitted.

2. Denied as stated. On information and belief Britt and the United States of America entered into a written contract for work at the project. The allegations seek to characterize documents which, in their entirety, speak for themselves. To the extent that the allegations misstate or mischaracterize the substance or content of the contract between the parties, the said allegations are denied.

3   Denied as stated. It is affirmatively stated that Fidelity and Deposit Company issued a payment bond. The allegations seek to characterize documents which, in their entirety, speak for themselves. To the extent that the allegations misstate or mischaracterize the substance or content of the bond, the said allegations are denied

4. Fidelity is without sufficient information to admit or deny and therefore denies



5   Fidelity is without sufficient information to admit or deny and therefore denies

6.   Fidelity is without sufficient information to admit or deny and therefore denies

Fidelity is without sufficient information to admit or deny and therefore denies

8.   Fidelity is without sufficient information to admit or deny and therefore denies same.

9.   Fidelity is without sufficient information to admit or deny and therefore denies

10.   Any allegation which is not specifically admitted is hereby denied.

## AFFIRMATIVE DEFENSES

Plaintiff has failed to state a claim against Fidelity for which relief may be granted.

2.   Plaintiff's claims are barred by the terms of the subject subcontract and/or bond.

3   Plaintiff failed to satisfy all of the conditions precedent for some or all of its claims.

4.   Plaintiff's claims are barred by the applicable statute of limitations.

5   Plaintiff's claims are barred by laches, waiver, estoppel and/or release.

6.   Fidelity hereby reserves the right to assert any and all additional affirmative defenses which may become available to it through discovery and/or at the trial of this action.

WHEREFORE, the Defendant, Fidelity and Deposit Company of Maryland, by counsel,

2

having answered each and every allegation of the Bill of Complaint, respectfully requests the Court to dismiss the claims and for such other relief as justice may require.

          FIDELITY AND DEPOSIT COMPANY OF MARYLAND
          By Counsel

RATHBUN & GOLDBERG, P.C.
10555 Main Street, Suite 450
Fairfax, Virginia 22030
(703) 383-9580
(703) 383-9584 Fax

By   /s/ Peter I. Grasis
    Peter I. Grasis
    D.C. Bar No. 449475

## CERTIFICATE OF SERVICE

A true copy of the foregoing Answer was forwarded via first class mail, postage prepaid, this __9th__ day of December, 2005, to:

Frank J. Emig
Greenway Ctr. East, Suite 314
7525 Greenway Center Drive
Greenbelt, Maryland 20770-3525

                              /s/ Peter I. Grasis
                              Peter Grasis

britt/siemens/pleading01.fidelity answer.pg