IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA FOR THE USE )
AND BENEFIT OF SIEMENS BUILDING )
TECHNOLOGIES, INC., )
)
      Plaintiff,

v. ) C.A. NO. 05-cv2021 CKK

BRITT CONSTRUCTION, INC., *et al*

      Defendants. )

## ORDER GRANTING LEAVE TO FILE ANSWER

THIS MATTER coming before the Court upon the motion of Fidelity and Deposit Co. of Maryland, with the consent of the Plaintiff herein, for leave to file an answer, and it appearing to the Court that there is good cause shown for the relief requested; it is this    day of December, 2005;

ORDERED, that the Defendant's motion be and hereby is granted and that the Answer and Counterclaim of the Defendant, Perlectric, Inc., attached to the Motion for Leave as <u>Exhibit A</u>, shall be deemed filed as of the date of the filing of said Motion

                                                                   _____
                                                                   Judge, U.S. District Court

cc:
Peter I. Grasis
Rathbun & Goldberg, P.C.
The Fairfax Building
10555 Main Street, Suite 450
Fairfax, Virginia  22030

Frank J. Emig
Greenway Ctr. East, Suite 314
7525 Greenway Center Drive
Greenbelt, Maryland  20770-3525

perle/falke/epa/pleading06.order.pg