IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA FOR THE USE  )
AND BENEFIT OF SIEMENS BUILDING       )
TECHNOLOGIES, INC.,                   )
          Plaintiff,                  )
                                      )
v.                                    ) C.A. NO. 05-cv2021 CKK
                                      )
BRITT CONSTRUCTION, INC., *et al.*    )
          Defendants.                 )

## JOINT MEET AND CONFER STATEMENT

COMES NOW the Plaintiff, Siemens Building Technologies, Inc. ("Siemens"), by counsel, and the Defendants, Fidelity and Deposit Company of Maryland ("F&D") and Britt Construction, Inc. ("Britt"), by counsel, and hereby submit this Joint Meet and Confer Statement pursuant to local Civil Rule 16.3. The undersigned counsel certify that they conferred via conference call and discussed all matters set forth in local Civil Rule 16.3. As a result of their conference, the parties set forth the following:

    1      <u>Whether this case is likely to be disposed of by dispositive motion:</u> F&D believes that it is likely that the claims against F&D will be disposed of by a motion for summary judgment after necessary discovery. Siemens believes that part of its claims will be disposed of by partial summary judgment after necessary discovery. Other than the above-referenced summary judgment motions, the parties do not think that this case will be disposed of by dispositive motions.

2. <u>The date by which any other party shall be joined or the pleadings amended:</u> The parties do not anticipate the necessity of additional parties or amendments to the pleadings.

3. <u>Whether the case should be assigned to a magistrate judge:</u> The parties consent to the assignment of the case to a magistrate judge.

4. <u>Whether there is a realistic possibility of settling the case:</u> The parties have had initial discussions and hold out a reasonable hope that the case could be resolved short of trial. However, it is likely that discovery will be necessary, from both sides, for a complete assessment for settlement.

5. <u>Whether the case could benefit from the court's alternative dispute resolution procedures:</u> The parties would ask that this case be assigned to a mediator following the close of discovery.

6. <u>Whether the case can be resolved by summary judgment or a motion to dismiss:</u> See paragraph 1, above.

7. <u>Whether the parties should stipulate to dispense with the initial disclosures required in Rule 26(a)(1):</u> The parties have stipulated to dispense with the initial disclosures and to proceed with discovery by way of interrogatories, requests for production of documents and deposition.

8. <u>Anticipated extent of discovery:</u> The parties are requesting a discovery period of 120 days.

9. <u>Whether the requirement of exchange of expert witness reports and information pursuant to Rule 26(a)(2) should be modified:</u> The parties would ask that the requirements of Rule 26(a)(2) be relaxed and that the parties shall discover

experts through appropriate interrogatories (said interrogatories limited to the subject matter(s) on which the expert is expected to testify; the substance of the facts and opinions on which the expert is expected to testify; and the grounds for each opinion; and the qualifications such expert possesses as to the subject matter(s) listed) and depositions.

10.

11. <u>Whether the trial and/or discovery be bifurcated:</u>  The parties do not anticipate the necessity of bifurcating trial or discovery.

12. <u>Date for the pretrial conference:</u>  The parties respectfully defer to the court to the scheduling of a pretrial conference and ask that it be set after the discovery period.

13. <u>Whether the court should set a firm trial date:</u>  The parties request that the court set a trial date at the pretrial conference.

14. <u>Other matters:</u>  There are no other matters at this time.

LAW OFFICE OF FRANK J. EMIG
7525 Greenway Center Drive, Suite 314
Greenbelt, Maryland  20770-3509
(301)345-7002
(301)345-0975 Fax


By:___/s/ Frank J. Emig_____
   Frank J. Emig
   D.C. Bar No. 309393
   Counsel for Use-Plaintiff Siemens Building Technologies, Inc.

RATHBUN & GOLDBERG, P.C.
10555 Main Street, Suite 450
Fairfax, Virginia 22030
(703) 383-9580
(703) 383-9584 Fax


By: /s/ Peter I. Grasis
    Peter I. Grasis
    D.C. Bar No. 449475
    Counsel for Defendants Britt Construction, Inc., and
        Fidelity and Deposit Co. of Maryland

4