**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| SIEMENS BUILDING TECHNOLOGIES INC, |
| Plaintiff, |
| v. |
| BRITT CONSTRUCTION, INC., *et al.*, |
| Defendants. |

Civil Action No. 05–2021 (CKK)

**ORDER**
(January 19, 2006)

Pursuant to the parties' Joint Report of Local Rule 16.3 Meeting, the above-captioned

case has been referred to Magistrate Judge Alan Kay for all purposes, including trial.  The parties

are to contact Magistrate Judge Alan Kay's chambers to schedule further proceedings.

Accordingly, it is this 19th day of January, 2006,

**ORDERED** that above-captioned case has been referred to Magistrate Judge Alan Kay

for all purposes, including trial.

                                                 _____/s/_____

                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge

CC:   Magistrate Judge Alan Kay
       [Counsel for Plaintiff and Defendant notified via ECF]