## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| SIEMENS BUILDING TECHNOLOGIES, INC. )<br>United States of America, )<br>for the use and benefit of, )<br>  )<br>  Plaintiff, )<br>  v. )<br>  )<br>BRITT CONSTRUCTION, INC., et al., )<br>  )<br>  Defendants. )<br>_____) | Civil Action No. 05-CV-2021 (AK) |

### ORDER

The parties having consented to this case being handled by the undersigned magistrate judge, and having indicated that this case should be referred for mediation, it is this _2nd_ day of February, 2006, hereby

**ORDERED**:

  1.  This case is referred for mediation.

  2.  The parties shall attend the meeting with the mediator.

  3.  If the case settles in whole or in part, the parties shall advise the court of the settlement by an appropriate filing.

  4.  The mediation efforts shall conclude by April 30, 2006, at which time the parties are to notify magistrate Judge Kay's chambers and, if necessary, schedule a telephonic status conference with magistrate Judge Kay.

The clerk of the court is directed to furnish a copy of this order, together with a copy of the court docket sheet, to the circuit executive for the purpose of assigning a mediator.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE