UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SIEMENS BUILDING TECHNOLOGIES, INC. )<br>United States of America, )<br>for the use and benefit of, )<br>　　　　)<br>　　　Plaintiff, )<br>　　　　)<br>　　v. )<br>　　　　)<br>BRITT CONSTRUCTION, INC., et al., )<br>　　　　)<br>　　　Defendants. )<br>_____) | Civil Action No. 05-CV-2021 (AK) |

## SCHEDULING ORDER

Upon consideration of the parties' Meet & Confer Statement [9] and following a telephone conference regarding the same, it is, this _2nd_ day of February, 2006

**ORDERED** that the parties will comply with the following schedule:

1. Amended pleadings shall be filed on or before March 17, 2006.

2. Discovery shall close on July 31, 2006.

3. The parties have expressed an interest in mediation. The Court will issue a separate order referring the parties to mediation. Absent a request for a stay, the parties shall engage in discovery while mediation is ongoing.

4. Dispositive motions shall be filed on or before September 16, 2006.

5. A telephone status conference is scheduled for June 16, 2006 at 2:00 p.m.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE