IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE ) <br> AND BENEFIT OF SIEMENS BUILDING ) <br> TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRITT CONSTRUCTION, INC., *et al.* ) <br> ) <br> Defendants. ) | C.A. NO. 05-cv2021 CKK |

### ANSWER OF DEFENDANT FIDELITY AND DEPOSIT CO. OF MARYLAND TO THE AMENDED COMPLAINT

COMES NOW the Defendant, Fidelity and Deposit Co. of Maryland ("Fidelity"), by counsel, and for its Answer to the Amended Complaint filed herein, states as follows (paragraph numbers 1 through 30 herein correspond with those paragraphs set forth in the Complaint):

### Count I

1. The allegation calls for a legal conclusion and therefore no response is necessary. To the extent that a response is necessary, on information and belief it is admitted.

2. Denied as stated. On information and belief Britt and the United States of America entered into a written contract for work at the project. The allegations seek to characterize documents which, in their entirety, speak for themselves. To the extent that the allegations misstate or mischaracterize the substance or content of the contract between the parties, the said allegations are denied.

3. Denied as stated. It is affirmatively stated that Fidelity and Deposit Company issued a payment bond. The allegations seek to characterize documents which, in their entirety,

speak for themselves. To the extent that the allegations misstate or mischaracterize the substance or content of the bond, the said allegations are denied.

    4.    Fidelity is without sufficient information to admit or deny and therefore denies same.

    5.    Fidelity is without sufficient information to admit or deny and therefore denies same.

    6.    Fidelity is without sufficient information to admit or deny and therefore denies same.

    7.    Fidelity is without sufficient information to admit or deny and therefore denies same.

    8.    Fidelity is without sufficient information to admit or deny and therefore denies same.

    9.    Fidelity is without sufficient information to admit or deny and therefore denies same.

## Count II

    10.    The allegation calls for a legal conclusion and therefore no response is necessary. To the extent that a response is necessary, it is denied.

    11.    Fidelity is without sufficient information to admit or deny and therefore denies same.

    12.    On information and belief it is admitted.

    13.    The allegation calls for a legal conclusion and therefore no response is necessary. To the extent that a response is necessary, Fidelity is without sufficient information to admit or deny and therefore denies same.

14. Fidelity is without sufficient information to admit or deny and therefore denies same.

15. Fidelity is without sufficient information to admit or deny and therefore denies same.

16. Fidelity is without sufficient information to admit or deny and therefore denies same.

17. Fidelity is without sufficient information to admit or deny and therefore denies same.

18. Fidelity is without sufficient information to admit or deny and therefore denies same.

### Count III

19. Fidelity incorporates its responses to Paragraphs 10 through 13 of the amended complaint.

20. Fidelity is without sufficient information to admit or deny and therefore denies same.

21. Fidelity is without sufficient information to admit or deny and therefore denies same.

22. Fidelity is without sufficient information to admit or deny and therefore denies same.

23. Fidelity is without sufficient information to admit or deny and therefore denies same.

24. Fidelity is without sufficient information to admit or deny and therefore denies same.

## Count IV

25. Fidelity incorporates its responses to Paragraphs 10 through 13 of the amended complaint.

26. Fidelity is without sufficient information to admit or deny and therefore denies same.

27. Fidelity is without sufficient information to admit or deny and therefore denies same.

28. Fidelity is without sufficient information to admit or deny and therefore denies same.

29. Fidelity is without sufficient information to admit or deny and therefore denies same.

30. Fidelity is without sufficient information to admit or deny and therefore denies same.

31. Any allegation which is not specifically admitted is hereby denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim against Fidelity for which relief may be granted.

2. Plaintiff's claims are barred by the terms of the subject subcontract and/or bond.

3. Plaintiff failed to satisfy all of the conditions precedent for some or all of its claims.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Plaintiff's claims are barred by laches, waiver, estoppel and/or release.

6. Fidelity hereby reserves the right to assert any and all additional affirmative defenses which may become available to it through discovery and/or at the trial of this action.

WHEREFORE, the Defendant, Fidelity and Deposit Company of Maryland, by counsel, having answered each and every allegation of the Bill of Complaint, respectfully requests the Court to dismiss the claims and for such other relief as justice may require.

                                      FIDELITY AND DEPOSIT COMPANY OF MARYLAND
                                      By Counsel

RATHBUN & GOLDBERG, P.C.
10555 Main Street, Suite 450
Fairfax, Virginia 22030
(703) 383-9580
(703) 383-9584 Fax

By:   /s/ Peter I. Grasis
      Peter I. Grasis
      D.C. Bar No. 449475

### CERTIFICATE OF SERVICE

A true copy of the foregoing Answer was forwarded via first class mail, postage prepaid, this 27th day of February, 2006, to:

Frank J. Emig
Greenway Ctr. East, Suite 314
7525 Greenway Center Drive
Greenbelt, Maryland 20770-3525

                                        /s/ Peter I. Grasis
                                      Peter Grasis

britt/siemens/pleading08.fidelity answer amended.pg