## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SIEMENS BUILDING TECHNOLOGIES, INC.   )
United States of America,   )
for the use and benefit of,   )
   )
      Plaintiff,   )
   )    Civil Action No. 05-CV-2021 (AK)
     v.   )
   )
BRITT CONSTRUCTION, INC., *et al.*,   )
   )
      Defendants.   )
_____)

## SCHEDULING ORDER

It is, this _5th_ day of July, 2006 hereby

**ORDERED** that the parties will comply with the following schedule:

1.    The parties shall submit pre-trial statements by Monday, Oct. 2, 2006.  The parties' pre-trial statements must include the information required by LCvR 16.5(b), as well as proposed findings of fact and conclusions of law.  In addition, the parties shall jointly file a single statement of stipulated facts, if any.

2.    Motions in Limine, if any, shall also be filed on or before Monday, Oct. 2, 2006.

3.    The pre-trial conference will take place on Thursday, October 12, 2006 at 2:00 p.m.

4.    The trial (non-jury) will begin on October 17, 2006 at 9:30 a.m. and will conclude by October 18, 2006.

5.    The parties are instructed to contact the Court promptly with any scheduling conflicts or for assistance with settlement discussions.

**SO ORDERED.**

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE