# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> FOR THE USE AND BENEFIT OF <br> SIEMENS BUILDING TECHNOLOGIES, INC. <br><br> Plaintiff <br><br> vs. <br><br> BRITT CONSTRUCTION, INC., *et al.* <br><br> Defendants | Civil Action No. 1:05 CV 02021 |

## NOTICE OF STIPULATED VOLUNTARY DISMISSAL

Use-Plaintiff, Siemens Building Technologies, Inc., by its undersigned counsel, hereby dismisses these proceedings pursuant to F.R.Civ.P. 41(a)(1)(ii) against the Defendants, Britt Construction, Inc. and Fidelity & Deposit Co. of Maryland.

_____/s/_____
FRANK J. EMIG
Greenway Ctr. East, Suite 314
7525 Greenway Center Drive
Greenbelt, MD 20770-3525
301-345-7002
Attorney for Use-Plaintiff,
Siemens Building Technologies, Inc.

_____/s/_____
PETER I. GRASIS
Rathburn Goldberg, PC
10555 Main Street, Suite 450
Fairfax, VA 22030
703-383-9580
Attorneys for Britt Construction, Inc. and
Fidelity & Deposit Co. of Maryland