# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SIEMENS BUILDING TECHNOLOGIES, INC.<br>United States of America,<br>for the use and benefit of,<br><br>   Plaintiff,<br>v.<br><br>BRITT CONSTRUCTION, INC., et al.,<br><br>   Defendants. | Civil Action No. 05-CV-2021 (AK) |

## ORDER

The parties having stipulated to the dismissal of the case in its entirely, with prejudice, in accordance with Fed. R. Civ. P. 41(a)(1)(ii), it is this  14th  day of September, 2006 hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                /s/
                ALAN KAY
                UNITED STATES MAGISTRATE JUDGE